IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

VIKKI REDDEN,

           Plaintiff,

v.                                       CIVIL ACTION NO.   5:14-cv-27757

MONITRONICS INTERNATIONAL,
INC., and DOES 1-10, inclusive,

           Defendants.

**ORDER**

The Court has reviewed Defendant Monitronics International, Inc.'s *Motion to Dismiss and Compel Arbitration* (Document 17), the attached exhibit (Document 17-1), and the *Memorandum in Support of Motion to Dismiss and Compel Arbitration* (Document 18).  The motion to dismiss and compel arbitration was filed on April 10, 2015.  To date, the Plaintiff has not filed a response.

The Plaintiff alleges in her *Complaint* (Document 1) that Monitronics made repeated prerecorded calls to her cellular telephone to attempt to collect a debt, in violation of the Telephone Consumer Protection Act and the West Virginia Consumer Credit and Protection Act. Monitronics asserts that the parties contractually agreed to resolve any claims or disputes through arbitration.  It attached a contract, signed by the Plaintiff, that includes an arbitration clause.

Following careful review of the contract, and in the absence of a response from the Plaintiff contesting the validity or applicability of the arbitration clause, the Court finds that the dispute in

this matter is covered by a valid arbitration agreement. This matter must, therefore, be resolved pursuant to the provision of that agreement and in accordance with the Federal Arbitration Act (FAA).

Accordingly, the Court **ORDERS** that Defendant Monitronics International, Inc.'s *Motion to Dismiss and Compel Arbitration* (Document 17) be **GRANTED.** The Court **ORDERS** that this matter be **DISMISSED WITHOUT PREJUDICE**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: June 4, 2015

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA